DANIELS, Respondent, v. ROGERS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Frank A. Daniels against William A. Rogers and others. H. T. Fay, for appellants. J. E. Bullen, for respondent. No opinion.

Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer in twenty days, on payment of costs in this court and in the court below.